Because there are inconsistent statements in the record concerning the disposition in the circuit court of the appellant's district court conviction for third-degree assault, I agree that we should remand this case to the circuit court for that court to clarify the record. Although the parties at various points refer to a dismissal and to a nolle pros, it is not clear whether the charge was dismissed, the charge was nolle prossed, or the appeal to the circuit court was dismissed. Nevertheless, the majority makes several assumptions about the disposition of the appellant's district court conviction for third-degree assault and attempts to give the circuit court instructions based on those assumptions. Rather than making such assumptions and giving instructions based on those assumptions, we should simply remand the case to the circuit court for that court to clarify the record as to the disposition in the circuit court of the appellant's district court conviction for third-degree assault and for that court to rule on the appellant's motion to dismiss in light of those findings. Therefore, I concur in the result.
 *Page 418